

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Motion for En Banc Reconsideration is GRANTED. The Motion for En Banc Reconsideration is due on November 21, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court